HARDING v. HARDING

No. 232 PC.

Case below: 29 N.C. App. 633.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 September 1976.

HEMBY v. HEMBY

No. 208 PC.

Case below: 29 N.C. App. 596.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 September 1976.

IN RE BENFIELD

No. 153 PC.

Case below: 29 N.C. App. 185.

Petition by Ethel Benfield for discretionary review under G.S. 7A-31 denied 1 September 1976.

IN RE GREENE

No. 230 PC.

Case below: 29 N.C. App. 749.

Petition by Mr. and Mrs. J. C. Greene, Billy Cornejo and Buddy Wood for discretionary review under G.S. 7A-31 denied 1 September 1976.

IN RE MOORE

No. 221 PC.

Case below: 29 N.C. App. 589.

Petition by Robert A. McClary for discretionary review under G.S. 7A-31 allowed 1 September 1976.